# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:05CV498-H

| | | |
|---|---|---|
| **BARRY W. THOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **NOKIA, INC., a Delaware corporation; PALM,** | ) | |
| **INC., a Delaware corporation; UT STARCOM,** | ) | |
| **INC., a Delaware corporation; SIEMENS** | ) | |
| **COMMUNICATIONS, INC., a Delaware** | ) | |
| **corporation; BENQ USA CORP., a California** | ) | |
| **corporation; SONY ERICSSON MOBILE** | ) | |
| **COMMUNICATIONS (USA), INC., a** | ) | |
| **Delaware corporation; RESEARCH IN** | ) | |
| **MOTION CORPORATION, a Delaware** | ) | |
| **corporation; SANYO NORTH AMERICA** | ) | |
| **CORPORATION, a Delaware corporation; and** | ) | |
| **LG ELECTRONICS MOBILECOMM USA,** | ) | |
| **INC., a California corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

**THIS MATTER** is before the Court on "Application To Enter Special Appearance On Behalf Of Palm Inc." (document #13) filed December 27, 2005. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: December 29, 2005

Carl Horn, III
United States Magistrate Judge