IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:05CV498

| | |
|---|---|
| BARRY W. THOMAS,<br>        Plaintiff,<br><br>vs.<br><br>NOKIA, INC., a Delaware corporation;<br>PALM, INC., a Delaware corporation; UT<br>STARCOM, INC., a Delaware corporation;<br>SIEMENS COMMUNICATIONS, INC., a<br>Delaware corporation; BENQ USA CORP., a<br>California corporation; SONY ERICSSON<br>MOBILE COMMUNICATIONS (USA) INC.,<br>a Delaware corporation; RESEARCH IN<br>MOTION CORPORATION, a Delaware<br>corporation; SANYO NORTH AMERICA<br>CORPORATION, a Delaware corporation; LG<br>ELECTRONICS MOBILECOMM USA INC.,<br>a California corporation,<br><br>        Defendants. | **ORDER GRANTING DEFENDANT'S<br>MOTION FOR ADMISSION<br>PRO HAC VICE** |

For good cause shown, and upon association of counsel admitted to practice in this Court, the Defendant's Motion to Admit Attorneys *Pro Hac Vice* is GRANTED and it is therefore ORDERED that Linda S. DeBruin, Craig D. Leavell, and Aaron D. Charfoos from the firm of Kirkland & Ellis, LLP, be admitted to practice in this Court *Pro Hac Vice* for the limited purpose of representing Defendant RIM in the captioned case. Linda S. DeBruin, Craig D. Leavell, and Aaron D. Charfoos shall remit to the Clerk of this Court the required special admission fee of $100 within 10 days of entry of this Order, if such fee has not already been paid.

Signed: January 23, 2006

David C. Keesler
United States Magistrate Judge