IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:05CV498

| | |
|---|---|
| BARRY W. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NOKIA, INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING
SIEMENS COMMUNICATIONS INC.'S
MOTION TO ADMIT COUNSEL PRO HAC VICE**

For good cause shown, and upon association of counsel admitted to practice in this Court, the Defendant Siemens Communications Inc.'s Motion to Admit Counsel *Pro Hac Vice* is GRANTED and it is therefore ORDERED that Paul A. Ragusa, Jeffery D. Baxter and Walter M. Egbert, III of the firm Baker Botts LLP, be admitted to practice in this Court *Pro Hac Vice* for the limited purpose of representing Defendant Siemens Communications Inc. in the captioned case. Paul A. Ragusa, Jeffery D. Baxter and Walter M. Egbert, III shall remit to the Clerk of this Court the required special admission fee of $100 within 10 days of entry of this Order, if such fee has not already been paid.

Signed: February 3, 2006

David C. Keesler
United States Magistrate Judge