# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **BARRY W. THOMAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **NOKIA, INC., a Delaware corporation; PALM, INC., a** | ) |
| **Delaware corporation; SIEMENS COMMUNICATIONS,** | ) |
| **INC., a Delaware corporation; BENQ USA CORP., a** | ) |
| **California corporation; SONY ERICSSON MOBILE** | ) **CASE NO. 3:05CV498-H** |
| **COMMUNICATIONS (USA) INC., a Delaware corporation;** | ) |
| **RESEARCH IN MOTION CORPORATION, a Delaware** | ) |
| **Corporation; SANYO NORTH AMERICA** | ) |
| **CORPORATION, a Delaware Corporation; and LG** | ) |
| **ELECTRONICS MOBILECOMM USA INC., a California** | ) |
| **corporation,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

---

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The Movant, Rachel Vorbeck, having satisfied the requirements of Rule 83.1 of the Rules

of the United States District Court for the Western District of North Carolina, is hereby admitted

to appear *pro hac vice* in this case as counsel for Defendant, Sanyo North America Corporation.


Signed: February 17, 2006


David C. Keesler
United States Magistrate Judge