UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BARRY W. THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NOKIA, INC., a Delaware corporation; PALM, INC., a Delaware corporation; SIEMENS COMMUNICATIONS, INC., a Delaware corporation; BENQ USA CORP., a California corporation; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., a Delaware corporation; RESEARCH IN MOTION CORPORATION, a Delaware Corporation; SANYO NORTH AMERICA CORPORATION, a Delaware Corporation; and LG ELECTRONICS MOBILECOMM USA INC., a California corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

CASE NO. 3:05CV498-H

### ORDER GRANTING ADMISSION *PRO HAC VICE*

The Movant, Carolyn E. Miller, having satisfied the requirements of Rule 83.1 of the Rules of the United States District Court for the Western District of North Carolina, is hereby admitted to appear *pro hac vice* in this case as counsel for Defendant, Sanyo North America Corporation.

Signed: February 17, 2006

David C. Keesler
United States Magistrate Judge