IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Barry W. THOMAS,<br>    Plaintiff,<br><br>    v.<br><br>NOKIA, INC., a Delaware corporation; PALM, INC., a Delaware corporation; UT STARCOM INC., a Delaware corporation; SIEMENS COMMUNICATIONS, INC., a Delaware corporation; BENQ USA CORP., a California corporation; SONY ERICCSON MOBILE COMMUNICATIONS (USA) INC., a Delaware corporation; RESEARCH IN MOTION CORPORATION, a Delaware corporation; SANYO NORTH AMERICA CORPORATION, a Delaware corporation; and LG ELECTRONICS MOBILECOMM USA INC., a California corporation,<br>    Defendants. | Case No. 3:05cv498-H |

## STIPULATED DISMISSAL

WHEREAS, plaintiff Barry W. Thomas and defendant Research In Motion Corporation, as indicated by the signature of counsel appearing below, have agreed to the dismissal of Research In Motion Corporation from this action pursuant to Rule 41 of the Federal Rules of Civil Procedure and subject to the terms of a proposed order submitted herewith and a confidential Settlement Agreement.

The parties jointly move for an order of dismissal with prejudice of the claims by Barry W. Thomas against Research In Motion Corporation.

Respectfully submitted,

**s/James M. Harrington**
James M. Harrington
The Harrington Practice PLLC
1905 J.N. Pease Place, Suite 202
Charlotte, NC 28262
Telephone: (704) 717-8767
Fax: (704) 717-8768
*Attorneys for Plaintiff*

**s/Craig D. Leavell**
Timothy G. Barber
Womble Carlyle Sandridge & Rice, PLLC
One Wachovia Center
Suite 3500, 301 S. College Street
Charlotte, NC 28202-6037
Telephone: (704) 331-4937
Fax: (704) 338-7839

Linda S. Resh
Craig D. Leavell
Aaron Charfoos
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Fax: (312) 861-2200
*Attorneys for Research In Motion Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing STIPULATED DISMISSAL with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

**W. Thad Adams, III**
wta@adamspat.com

**Timothy Gillam Barber**
Tim.Barber@wcsr.com

**Jeffery Derek Baxter**
jeff.baxter@bakerbotts.com

**Joseph Edward Bracken**
jbracken@alston.com

**Irving Michael Brenner**
irving.brenner@hmw.com

**Aaron D. Charfoos**
acharfoos@kirkland.com

**Michael S. Connor**
mconnor@alston.com

**Linda S. DeBruin**
ldebruin@kirkland.com

**Michael Adam Dorfman**
michael.dorfman@kattenlaw.com

**Walter Martin Egbert, III**
walter.egbert@bakerbotts.com

**Richard L. Farley**
richard.farley@kattenlaw.com

**James L Gale**
jim.gale@smithmoorelaw.com

**James William Haldin**
haldinj@mvalaw.com

**Lance A. Lawson**
llawson@alston.com

**Craig D. Leavell**
cleavell@kirkland.com

**Michael M. Markman**
michael.markman@hellerehrman.com

**Richard M. McDermott**
rmcdermott@alston.com

**Carolyn E. Miller**
carolyn.miller@kattenlaw.com

**Gregory J. Murphy**
gregmurphy@mvalaw.com

**Timothy James Vezeau**
timothy.vezeau@kattenlaw.com

This, the 22nd day of March, 2006.

**s/ James M. Harrington**
James M. Harrington
*Attorney for Plaintiff*