**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| BARRY W. THOMAS, <br>     Plaintiff, | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No. 3:05cv498 |
| NOKIA, INC., et al., <br>     Defendants. | ) <br> ) <br> ) | |

## ORDER OF DISMISSAL

    Upon joint motion of plaintiff Barry W. Thomas and defendant Research In Motion

Corporation for an order of dismissal pursuant to a confidential settlement agreement, it is

hereby ORDERED that the claims of plaintiff Barry W. Thomas against Research In Motion

Corporation are **DISMISSED** with prejudice.

    Each party shall bear its own costs and attorney fees attributable to the prosecution and

defense of the claims against Research In Motion Corporation.


                           Signed: March 22, 2006




                           David C. Keesler
                           United States Magistrate Judge