IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BARRY W. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:05cv498-C |
| ) | |
| NOKIA, INC., a Delaware corporation; PALM ) | |
| INC., a Delaware corporation; UT STARCOM ) | |
| INC., a Delaware corporation; SIEMENS ) | |
| COMMUNICATIONS, INC., a Delaware ) | |
| corporation; SONY ERICSSON MOBILE ) | |
| COMMUNICATIONS (USA) INC., a Delaware ) | |
| corporation; RESEARCH IN MOTION ) | |
| corporation, a Delaware corporation; ) | |
| SANYO NORTH AMERICA CORPORATION, ) | |
| a Delaware corporation; and LG ELECTRONICS ) | |
| MOBILECOMM USA INC., a California ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This matter comes before the Court on the Motion of Ahmed J. Davis to be admitted to practice before this Court in the above captioned proceeding *Pro Hac Vice*. Finding that Mr. Davis has complied with the requirements for such admission, the Motion is hereby GRANTED. If he has not already done so, Mr. Davis should pay to the Clerk of Court the appropriate fee.

Signed: March 27, 2006

David C. Keesler
United States Magistrate Judge