IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BARRY W. THOMAS,                                )<br>                                                                )<br>        Plaintiff,                                  )<br>                                                                )<br>        v.                                              )<br>                                                                )<br>NOKIA, INC., a Delaware corporation; PALM       )<br>INC., a Delaware corporation; UT STARCOM        )<br>INC., a Delaware corporation; SIEMENS           )<br>COMMUNICATIONS, INC., a Delaware                )<br>corporation; SONY ERICSSON MOBILE               )<br>COMMUNICATIONS (USA) INC., a Delaware           )<br>corporation; RESEARCH IN MOTION                 )<br>corporation, a Delaware corporation;            )<br>SANYO NORTH AMERICA CORPORATION,                )<br>a Delaware corporation; and LG ELECTRONICS      )<br>MOBILECOMM USA INC., a California               )<br>corporation,                                    )<br>                                                                )<br>        Defendants.                                )<br>                                                                ) | Civil Action No. 3:05cv498-C |

**O R D E R**

      This matter comes before the Court on the Motion of Michael J. McKeon to be admitted to practice before this Court in the above captioned proceeding *Pro Hac Vice*. Finding that Mr. McKeon has complied with the requirements for such admission, the Motion is hereby GRANTED. If he has not already done so, Mr. McKeon should pay to the Clerk of Court the appropriate fee.

Signed: March 27, 2006

David C. Keesler
United States Magistrate Judge