IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BARRY W. THOMAS,<br><br>      Plaintiff,<br><br>v.<br><br>NOKIA, INC., a Delaware corporation; PALM INC., a Delaware corporation; UT STARCOM INC., a Delaware corporation; SIEMENS COMMUNICATIONS, INC., a Delaware corporation; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., a Delaware corporation; RESEARCH IN MOTION corporation, a Delaware corporation; SANYO NORTH AMERICA CORPORATION, a Delaware corporation; and LG ELECTRONICS MOBILECOMM USA INC., a California corporation,<br><br>      Defendants. | Civil Action No. 3:05cv498-C |

**O R D E R**

This matter comes before the Court on the Motion of Michael C. Tyler to be admitted to practice before this Court in the above captioned proceeding *Pro Hac Vice*. Finding that Mr. Tyler has complied with the requirements for such admission, the Motion is hereby GRANTED. If he has not already done so, Mr. Tyler should pay to the Clerk of Court the appropriate fee.

Signed: March 27, 2006

David C. Keesler
United States Magistrate Judge