# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.: 3:05-CV-498-H

| | |
|---|---|
| BARRY W. THOMAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOKIA, INC., a Delaware corporation; PALM, ) <br> INC., a Delaware corporation; UTSTARCOM, ) <br> INC. a Delaware corporation; SIEMANS ) <br> COMMUNICATIONS, INC., a Delaware ) <br> corporation; BENQ USA CORP., a California ) <br> corporation; SONY ERICSSON MOBILE ) <br> COMMUNICATIONS (USA) INC., a Delaware ) <br> corporation; RESEARCH IN MOTION ) <br> CORPORATION, a Delaware corporation; ) <br> SANYO NORTH AMERICA CORPORATION, ) <br> a Delaware corporation; LG ELECTRONICS ) <br> MOBILECOMM USA INC., a California ) <br> corporation; ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

This matter having come before the Court on motion of local counsel for Defendant UTStarcom, Inc. for admission *pro hac vice* of James C. Otteson and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* representing UTStarcom, Inc.

IT IS THEREFORE ORDERED that the motion is granted and that James C. Otteson is admitted to practice before this Court *pro hac vice*.

Signed: April 12, 2006

David C. Keesler
United States Magistrate Judge