# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO.:  3:05-CV-498-H

| | |
|---|---|
| BARRY W. THOMAS,                  ) | |
|                           ) | |
|       Plaintiff,           ) | |
|                           ) | |
|      v.                  ) | |
|                           ) | **ORDER** |
| NOKIA, INC., a Delaware corporation; PALM, ) | |
| INC., a Delaware corporation; UTSTARCOM, ) | |
| INC. a Delaware corporation; SIEMANS ) | |
| COMMUNICATIONS, INC., a Delaware ) | |
| corporation; BENQ USA CORP., a California ) | |
| corporation; SONY ERICSSON MOBILE ) | |
| COMMUNICATIONS (USA) INC., a Delaware ) | |
| corporation; RESEARCH IN MOTION ) | |
| CORPORATION, a Delaware corporation; ) | |
| SANYO NORTH AMERICA CORPORATION, ) | |
| a Delaware corporation; LG ELECTRONICS ) | |
| MOBILECOMM USA INC., a California ) | |
| corporation; ) | |
|                           ) | |
|       Defendants.       ) | |
|                           ) | |

This matter having come before the Court on motion of local counsel for Defendant UTStarcom, Inc. for admission *pro hac vice* of Matthew R. Reed and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* representing UTStarcom, Inc.

IT IS THEREFORE ORDERED that the motion is granted and that Matthew R. Reed is admitted to practice before this Court *pro hac vice*.

Signed: April 12, 2006

_David C. Keesler_
David C. Keesler
United States Magistrate Judge