UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR498

| | |
|---|---|
| BARRY W. THOMAS,<br>   Plaintiff,<br><br>  vs.<br><br>NOKIA, INC., et al,<br>   Defendants. | )<br>)<br>)  ORDER<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the Plaintiff Barry Thomas's Motion to Voluntarily Dismiss Claims against Defendant Sanyo North America Corporation, pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. No. 106). The defendant consents to the motion.

**THEREFORE, IT IS HEREBY ORDERED** that the plaintiff's motion is **GRANTED**: the above-entitled cause and all claims made by Thomas against Sanyo are hereby **DISMISSED** with prejudice. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring them.

Signed: August 1, 2006

Robert J. Conrad, Jr.
Chief United States District Judge