UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV498

| | |
|---|---|
| BARRY W. THOMAS, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　 )<br>vs. )<br>　　　　　　　　　　　 )<br>SONY ERICSSON MOBILE )<br>COMMUNICATIONS (USA) INC., )<br>　　　　　　　　　　　 )<br>　　　　Defendant. ) | ORDER |

**THIS MATTER** is before the Court on the parties' Joint Motion to Voluntarily Dismiss with Prejudice Plaintiff Barry Thomas's claims against Defendant Sony Ericsson Mobile Communications (USA) Inc., pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. No. 108).

**THEREFORE, IT IS HEREBY ORDERED** that the motion motion be **GRANTED**: the above-entitled cause and all claims made by Thomas against Sony Ericsson Mobile Communications (USA) Inc. is **DISMISSED** with prejudice. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring them.

　　　　　　　　　　Signed: August 18, 2006

　　　　　　　　　　Robert J. Conrad, Jr.
　　　　　　　　　　Chief United States District Judge