UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV498

| | | |
|---|---|---|
| BARRY W. THOMAS, | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| SIEMENS COMMUNICATIONS, INC., | ) | |
| Defendant. | ) | |

Upon joint motion of Plaintiff Barry W. Thomas and Defendant Siemens Communications, Inc., for an order of dismissal pursuant to a confidential settlement agreement, (Doc. No. 110), it is hereby **ORDERED** that the claims of Plaintiff against Siemens Communications and the counterclaims of Siemens Communications against Plaintiff are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorney fees attributable to the prosecution and defense of the claims and counterclaims.

Signed: August 22, 2006

Robert J. Conrad, Jr.
Chief United States District Judge